427 A.2d 1185

Commonwealth v. Reed, Appellant.

Judith B. Chomsky, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

* Judge Donald E. Wieand is sitting by special designation.

* President Judge G. Thomas Gates of the Court of Common Pleas of Lebanon County, Pennsylvania, and Judge John C. Dowling of the Court of Common Pleas of Dauphin County, Pennsylvania, are sitting by designation.

■■■■■■

Before HESTER, HOFFMAN and CATANIA, JJ.*

Judgment of sentence affirmed.